FILED
U.S. DISTRICT COURT
SAVANNAH

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| WILLIS COOPER, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CV413-091<br>) |
| STATE OF GEORGIA;<br>DAVID LOWE,<br>Director, Child Support Agency;<br>CARROL BRANNEN,<br>Child Support Agency, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 11th day of June, 2013.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA